STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2599

February 6, 2024

Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

RE:     *Balentine v. Anzalone*, et al., 21-CV-1383

Dear Judge Kahn,

   Enclosed please find a Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a) discontinuing this action, with prejudice and without damages, costs, interest or attorneys' fees against Defendants.  If the Stipulation is acceptable to the Court, we respectfully request that you "So Order" the same.

   I thank the Court for its consideration.

Respectfully submitted,

*s/ Rachael S. Ouimet*

Rachael S. Ouimet
Assistant Attorney General
Bar Roll No. 703304
Tel: (518) 776-2599
Rachael.Ouimet@ag.ny.gov

Enclosure.

CC:     Michael Balentine
        15 Phelps Avenue
        Apt. 4
        Rochester, NY 14608